JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br>   Plaintiff,<br><br>          v.<br><br>JAMES W. LEE,<br>   Defendant. | CV 22-8004 DSF (MRWx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that:

Defendant James W. Lee bring the parking lot at the property located at 7724 S. Main Street, Los Angeles, California into compliance with the Americans with Disabilities Act as described in the applicable Federal regulations; and

Defendant James W. Lee pay to Plaintiff statutory damages in the amount of $4,000, attorney's fees in the amount of $1,090, and costs of $402.

Date:  May 16, 2023

_____
Dale S. Fischer
United States District Judge